UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| UNITED STATES OF AMERICA, | ) | CASE NO. 3:09-CR-33-LRH-VPC |
|---|---|---|
| Plaintiff, | ) | ORDER |
| vs. | ) | |
| BROGAN RICHARDSON, | ) | |
| Defendant. | ) | |

Presently before the court is the matter of U.S.A. v. BROGAN RICHARDSON.

On 3/23/12, this court held a hearing for revocation of supervised release as to defendant BROGAN RICHARDSON. The Government and the U.S. Probation department request that the defendant be allowed to reside in the halfway house, participate and successfully complete the C.A.R.E program. The defendant shall remain in custody until such time as a bed is available.

Accordingly,

IT IS HEREBY ORDERED ADJUDGED AND DECREED that defendant BROGAN RICHARDSON reside in a residential re-entry center program, and participate in the C.A.R.E. program for a period of six (6) months.

DATED this 23rd day of March, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

✓ FILED   ___ RECEIVED
___ ENTERED   ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAR 2 3 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY