**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>BROGAN RICHARDSON,<br><br>  Defendant. | Case No. 3:09-cr-00033-LRH-CSD<br><br>**ORDER GRANTING STIPULATION TO CONTINUE REVOCATION OF SUPERVISED RELEASE HEARING**<br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by and through Federal Public Defender RENE L. VALLADARES, Assistant Federal Public Defender ALLIE WILSON, counsel for BROGAN RICHARDSON and United States Attorney JASON M. FRIERSON, Assistant United States Attorney RANDOLPH J. ST. CLAIR, counsel for the UNITED STATES OF AMERICA, that the Revocation of Supervised Release Hearing set for April 6, 2023, at 11:00 AM, be vacated and continued to **June 22, 2023 at 11:00AM**.

This Stipulation is entered into for the following reasons:

1. One of the alleged violations of supervised release is for a new violation of law for a new charge against Mr. Richardson in the Clark County Justice Court. That matter is scheduled for a status conference on June 7, 2023, at which point the

case could reach a resolution.

2. Assistant United States Attorney Randolph St. Clair proposed a continuance after conferring with U.S. Probation Agent Tawni Salem, who expressed a preference for resolving this matter after observing whether Mr. Richardson could demonstrate compliance with the conditions of his supervised release, including by demonstrating a period of sobriety. Mr. Richardson does not oppose a continuance for this purpose.

3. Failure to grant this extension of time would deprive the defendant continuity of counsel and the effective assistance of counsel.

4. Mr. Richardson is currently on bond and under the continued supervision of U.S. Probation.

5. This is the first request for a continuance.

DATED this 31st day of March, 2023.

| RENE L. VALLADARES | JASON M. FRIERSON |
| Federal Public Defender | United States Attorney |

By  /s/ Allie Wilson                    By  /s/ Randolph J. St. Clair
   ALLIE WILSON                              RANDOLPH J. ST. CLAIR
   Assistant Federal Public Defender         Assistant United States Attorney
   Counsel for BROGAN RICHARDSON             Counsel for the Government

## ORDER

Based on the Stipulation of counsel, and good cause appearing,

IT IS THEREFORE ORDERED that the Revocation Hearing currently set for April 6, 2023, at 11:00 AM, be vacated and continued to **June 22, 2023 at 11:00 AM** before Judge Larry R. Hicks in Reno Courtroom 3 via videoconference.

DATED this 3rd day of April, 2023.

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2