UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BROGAN RICHARDSON,<br><br>Defendant. | Case No. 3:09-cr-00033-LRH-CSD<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the preliminary revocation hearing currently scheduled for Tuesday, October 24, 2023 at 1:00 p.m., be vacated and continued to November 7, 2023 at the hour of 3:00 pm in 3D before Magistrate Judge Cam Ferenbach.

DATED this 23rd day of October, 2023.

_____
UNITED STATES MAGISTRATE JUDGE